IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTGOMERY TOWNSHIP et al., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY, | : | NO. 02-4710 & 02-5815 |

ORDER

AND NOW, this **20th** day of **August 2002**, it is **ORDERED** the Initial Pretrial Conference scheduled on **August 21, 2002 at 12:00** is **CONTINUED** until **August 21, 2002 at 4:30 p.m.**

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO,  J.